THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Russell Adams, Appellant.
 
 
 

Appeal From Lexington County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No.  2007-UP-143
Submitted April 2, 2007  Filed April 3, 2007

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Russell Adams appeals his convictions and sentences for distribution of crack cocaine within a half-mile radius of a school, second-offense possession of crack cocaine with intent to distribute, and assault and battery of a high and aggravated nature.  Adams argues the plea court erred by advising him that he could appeal his guilty plea.  Adams specifically contends that the mere advisement of the plea judge of a defendants right to appeal converts and unconditional plea into an impermissible conditional plea.  Adams counsel attached a petition to be relieved, stating he reviewed the record and concluded this appeal lacks merit.  After a thorough review  pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss appellants appeal and grant counsels petition to be relieved. 
APPEAL DISMISSED.
ANDERSON and KITTREDGE, J.J., and CURETON, A.J., concur.